William D. Naeve (SBN 92270)
**MURCHISON & CUMMING, LLP**
200 West Santa Ana Boulevard, Suite 801
Santa Ana, California 92701-4134
Telephone: (714) 972-9977
Facsimile: (714) 972-1404
*wnaeve@murchisonlaw.com*

Attorneys for Defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY

Timothy L. Marks
TIMOTHY L. MARKS & ASSOCIATES
4753 East Olive Avenue, Suite 103
Fresno, CA 93702
Telephone: (559) 251-5324
Facsimile: (559)251-5483
*timothymarks@sbcglobal.net*

Attorney Plaintiffs, FRISCO HONNEVK and BOUALAI VONGPHACHANH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRISCO HONNEVK, BOUALAI VONGPHACHANH,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:11 CV 01531 AWI DLB<br><br>**STIPULATION TO EXTEND DISCOVERY CUT OFF**<br><br>Trial Date:            March 13, 2013 |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO THE PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

COMES NOW, plaintiffs, FRISCO HONNEVK, BOUALAI VONGPHACHANH, and defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY, and each of them, by and between their respective attorneys of record, hereby stipulate to (1) continue the September 28, 2012, expert designation deadline to **November 2, 2012**, (2) continue the September 30, 2012, non-expert discovery cut off date to **November 2, 2012**, and (3) continue the November 15, 2012 expert discovery cut off date to **November 30, 2012**.

This Stipulation is entered into in good faith and not for the purpose of delay, as set forth below.

1.  **FACTS SUPPORTING STIPULATION**

This stipulation is premised upon an agreement by and between plaintiffs and defendant to further explore settlement alternatives before concluding discovery. Given the approaching September 30, 2012, non-expert discovery cut off date, and since trial is not until March 13, 2013, the parties have agreed to discuss settlement options and alternatives and seriously consider any reasonable settlement demand made by plaintiffs. One previous request for an extension has been granted.

2.  **STIPULATION**

Based on the foregoing, the parties hereby stipulate to (1) continue the existing expert designation deadline to **November 2, 2012**; (2) continue the September 30, 2012, non-expert discovery cut off to **November 2, 2012**; and (3) continue the November 15, 2012, expert discovery cut off to **November 30, 2012**.

**IT IS SO STIPULATED.**

DATED: September 28, 2012          MURCHISON & CUMMING, LLP

By: /s/
William D. Naeve
Attorneys for Defendant,
FARMERS NEW WORLD LIFE
INSURANCE COMPANY

DATED: September 28, 2012         TIMOTHY I. MARKS & ASSOCIATES

                                  By:  /s/
                                       Timothy I. Marks
                                       Attorneys for Plaintiffs
                                       FRISCO HONNEVK and BOUALAI
                                       VONGPHACHANH

## ORDER

Based upon the foregoing and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED:**

Expert designation deadline in this litigation is continued from September 28, 2012, to **November 2, 2012**. Non-expert discovery cut off is continued from September 30, 2012, to **November 2, 2012**. Expert discovery cut off is continued from November 15, 2012, to **November 30, 2012**.

IT IS SO ORDERED.

Dated:  **October 9, 2012**                /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE