1  William D. Naeve (SBN 92270)
   **MURCHISON & CUMMING, LLP**
2  200 West Santa Ana Boulevard, Suite 801
   Santa Ana, California 92701-4134
3  Telephone: (714) 972-9977
   Facsimile:   (714) 972-1404
4  *wnaeve@murchisonlaw.com*

5  Attorneys for Defendant, FARMERS NEW
   WORLD LIFE INSURANCE COMPANY
6

7  Timothy L. Marks
   TIMOTHY L. MARKS & ASSOCIATES
8  4753 East Olive Avenue, Suite 103
   Fresno, CA 93702
9  Telephone: (559) 251-5324
   Facsimile:  (559)251-5483
10 *timothymarks@sbcglobal.net*

11 Attorney Plaintiffs, FRISCO HONNEVK and
   BOUALAI VONGPHACHANH
12

13
                    UNITED STATES DISTRICT COURT
14
             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
15

16
   | FRISCO HONNEVK, BOUALAI | CASE NO. 1:11 CV 01531 AWI DLB |
17 | VONGPHACHANH,           |                                 |
   |                         | **STIPULATION TO EXTEND**       |
18 | Plaintiffs,             | **DISCOVERY CUT OFF**           |
   |                         |                                 |
19 | vs.                     |                                 |
   |                         | Trial Date:      March 13, 2013 |
20 | FARMERS NEW WORLD LIFE  |                                 |
   | INSURANCE COMPANY,      |                                 |
21 |                         |                                 |
   | Defendant.              |                                 |
22

23

24

25
           **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO THE**
26
   **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**
27

28

---
STIPULATION TO EXTEND DISCOVERY CUT OFF

COMES NOW, plaintiffs, FRISCO HONNEVK, BOUALAI VONGPHACHANH, and defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY, and each of them, by and between their respective attorneys of record, hereby stipulate to (1) continue the September 28, 2012, expert designation deadline to **November 2, 2012**, (2) continue the September 30, 2012, non-expert discovery cut off date to **November 2, 2012**, and (3) continue the November 15, 2012 expert discovery cut off date to **November 30, 2012**.

This Stipulation is entered into in good faith and not for the purpose of delay, as set forth below.

1. **FACTS SUPPORTING STIPULATION**

This stipulation is premised upon an agreement by and between plaintiffs and defendant to further explore settlement alternatives before concluding discovery. Given the approaching September 30, 2012, non-expert discovery cut off date, and since trial is not until March 13, 2013, the parties have agreed to discuss settlement options and alternatives and seriously consider any reasonable settlement demand made by plaintiffs. One previous request for an extension has been granted.

2. **STIPULATION**

Based on the foregoing, the parties hereby stipulate to (1) continue the existing expert designation deadline to **November 2, 2012**; (2) continue the September 30, 2012, non-expert discovery cut off to **November 2, 2012**; and (3) continue the November 15, 2012, expert discovery cut off to **November 30, 2012**.

**IT IS SO STIPULATED.**

DATED: September 28, 2012          MURCHISON & CUMMING, LLP

By: /s/
William D. Naeve
Attorneys for Defendant,
FARMERS NEW WORLD LIFE
INSURANCE COMPANY

DATED: September 28. 2012         TIMOTHY I. MARKS & ASSOCIATES

                          By:  /s/
                               Timothy I. Marks
                               Attorneys for Plaintiffs
                               FRISCO HONNEVK and BOUALAI
                               VONGPHACHANH

### ORDER

Based upon the foregoing and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED:**

Expert designation deadline in this litigation is continued from September 28, 2012, to **November 2, 2012**. Non-expert discovery cut off is continued from September 30, 2012, to **November 2, 2012**. Expert discovery cut off is continued from November 15, 2012, to **November 30, 2012**.

IT IS SO ORDERED.

Dated:  **October 9, 2012**                  /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE