William D. Naeve (SBN 92270)
**MURCHISON & CUMMING, LLP**
200 West Santa Ana Boulevard, Suite 801
Santa Ana, California  92701-4134
Telephone: (714) 972-9977
Facsimile:   (714) 972-1404
*wnaeve@murchisonlaw.com*

Attorneys for Defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY

Timothy I. Marks, Esq.
TIMOTHY I. MARKS & ASSOCIATES
4753 East Olive Avenue, Suite 103
Fresno, CA  93702
Telephone: (559)-251-5324
Facsimile: (559)-251-5483
*timothymarks@sbcglobal.net*

Attorneys for Plaintiffs FRISCO HONNEVK and BOUALAI VONGPHACHANH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRISCO HONNEVK, BOUALAI VONGPHACHANH,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:11 CV 01531 AWI DLB<br>Hon. Anthony W. Ishii<br>Courtroom 2<br><br>**STIPULATION AND ORDER REGARDING TIME FOR DISPOSITIVE MOTIONS**<br><br>Trial Date:          March 13, 2013 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

WHEREAS, the parties have been cooperating in scheduling matters in this case and have stipulated to extend other relevant deadlines in an effort to allow for settlement evaluations; and

1 | WHEREAS in the prior stipulation extending pretrial dates, Defendant intended to
2 | include a 14 day extension of the present October 19, 2012, cutoff date for the filing of
3 | dispositive motions, and

4 | WHEREAS Farmers New World Life Insurance Company desires to bring a summary
5 | judgment motion in this matter and has forwarded a draft separate statement to plaintiffs'
6 | counsel; and

7 | WHEREAS the parties have agreed to depose one of the witnesses on this case on
8 | Saturday, October 20, 2012, and wish to meet and confer *in person* regarding the proposed
9 | summary judgment motion at that time;

10 | **IT IS HEREBY STIPULATED** by and between Plaintiffs Frisco Honnevk, Boualai
11 | Vongphachanh, on the one hand, and Farmers New World Life Insurance Company, on the
12 | other, by and through their respective counsel of record that the present October 19, 2012,
13 | cutoff date for the filing of dispositive motions shall be continued for *14 days* to and
14 | including *November 2, 2012*;

15 | **IT IS FURTHER STIPULATED** that this stipulation may be executed by facsimile
16 | and in counterparts.

17 | **IT IS SO STIPULATED.**

18 |
19 | DATED: October 15, 2012          **MURCHISON & CUMMING, LLP**
20 |
21 |                                  By:   /s/ William D. Naeve
22 |                                        William D. Naeve
                                            Attorneys for Defendant, FARMERS NEW
                                            WORLD LIFE INSURANCE COMPANY
23 |
24 | DATED: October 12, 2012          **TIMOTHY I. MARKS & ASSOCIATES**
25 |
26 |                                  By:   /s/ Timothy I. Marks
27 |                                        TIMOTHY I. MARKS
                                            Attorneys for Plaintiffs FRISCO HONNEVK
                                            and BOUALAI VONGPHACHANH
28 |

**ORDER**

Based on the stipulation of counsel, and GOOD CAUSE APPEARING THEREFOR, the present October 19, 2012, deadline for the filing of dispositive motions is vacated and continued 14 days, to and including, November 2, 2012.

IT IS SO ORDERED.

Dated:   **October 16, 2012**                              /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE