IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISCO HONNEVK, BOUALAI VONGPHACHANH,      )<br>                                                                 )<br>        Plaintiffs,                                  )<br>                                                                 )<br>    v.                                                       )<br>                                                                 )<br>FARMERS NEW WORLD LIFE              )<br>INSURANCE COMPANY,                         )<br>                                                                 )<br>        Defendant.                                )<br>_____) | 1:11-CV-1531 AWI SAB<br><br>ORDER VACATING HEARING DATE OF MARCH 11, 2013, AND TAKING MATTER UNDER SUBMISSION |

   In this action for breach and damages, Defendant Farmers New World Life Insurance Company ("Defendant") has moved for summary judgment on the Complaint of plaintiffs Frisco Honnevk and Boualai Vongphachanh ("Plaintiffs").  The matter was scheduled for oral argument to be held March 11, 2013, at 1:30 p.m.  The Court has reviewed Defendant's Motion, Plaintiffs' opposition, Defendant's reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 11, 2003, is VACATED, and no party shall appear at that time.  As of March 11, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 7, 2013

_____
SENIOR  DISTRICT  JUDGE