William D. Naeve (SBN 92270)
**MURCHISON & CUMMING, LLP**
200 West Santa Ana Boulevard, Suite 801
Santa Ana, California  92701-4134
Telephone: (714) 972-9977
Facsimile:  (714) 972-1404
*wnaeve@murchisonlaw.com*

Attorneys for Defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY

Timothy L. Marks
TIMOTHY L. MARKS & ASSOCIATES
4753 East Olive Avenue, Suite 103
Fresno, CA 93702
Telephone: (559) 251-5324
Facsimile: (559)251-5483
*timothymarks@sbcglobal.net*

Attorney Plaintiffs, FRISCO HONNEVK and BOUALAI VONGPHACHANH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRISCO HONNEVK, BOUALAI VONGPHACHANH,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:11 CV 01531 AWI DLB<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DATE** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1

It is hereby stipulated by and between plaintiffs, FRISCO HONNEVK and BOUALAI VONGPHACHANH, and defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY ("FNWL"), and each of them, by and through their respective attorneys of record that the June 25, 2013 Scheduling Conference be continued to a date established by this Court.

This Stipulation is predicated on good cause and not presented for purposes of delay and is based on the following facts.

1. By this Court's April 26, 2013 Minute Order, the previously set Pretrial Conference date of May 3, 2013, and the June 11, 2013 trial date were vacated in light of the fact that the Court has not yet issued a ruling on defendant FNWL's pending Motion for Summary Judgment and/or Summary Adjudication. Instead, the Court set this case for a Scheduling Conference to occur on June 25, 2013.

2. The Court has not yet assigned a new trial date to this action.

3. The Court has not yet issued a ruling on FNWL's pending Motion for Summary Judgment. Accordingly, counsel for plaintiffs and defendant have met and conferred, and agreed to submit this Stipulation to the Court requesting that the June 25, 2013 Scheduling Conference be continued until the Court has ruled on the pending Motion for Summary Judgment. The parties decided to submit this request since they do not know how they would prepare for or know what issues need to be addressed at the Scheduling Conference until a ruling has been issued on the pending Motion for Summary Judgment.

4. Predicated on these facts, the parties respectfully request this Court to continue the June 25, 2013 Scheduling Conference until after a ruling has been issued on defendant FNWL's pending Motion for Summary Judgment.

///
///
///
///

**IT IS SO STIPULATED.**

DATED: June 12, 2013					MURCHISON & CUMMING, LLP


							By: /s/
							    William D. Naeve
							    Attorneys for Defendant,
							    FARMERS NEW WORLD LIFE
							    INSURANCE COMPANY


DATED: June  12. 2013					TIMOTHY I. MARKS & ASSOCIATES


							By: /s/
							    Timothy I. Marks
							    Attorneys for Plaintiffs
							    FRISCO HONNEVK and BOUALAI
							    VONGPHACHANH

# ORDER

Based upon the foregoing and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED:**

The existing Scheduling Conference date of June 25, 2013, shall be continued to August 27, 2013 at 3:00 p.m. and the filing deadlines for documents required to be filed in advance of this Scheduling Conference shall be continued pursuant to *Federal Rules of Civil Procedure* Rules 281 and 281.

IT IS SO ORDERED.

Dated: **June 13, 2013**

UNITED STATES MAGISTRATE JUDGE