UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FRISCO HONNEVK, et al.,<br><br>Plaintiffs<br><br>vs<br><br>FARMERS NEW WORLD LIFE<br>INSURANCE COMPANY,<br><br>Defendant. | CASE NO.   1:11-cv-01531-AWI-SAB<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Magistrate Judge  STANLEY A. BOONE as Presiding Judge of the above entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of   final judgment.

# ALL FUTURE PLEADINGS SHALL BE

# NUMBERED AS FOLLOWS:

# 1:11-cv-01531 SAB

IT IS SO ORDERED.

Dated:   ___January 21, 2014___         _____

SENIOR   DISTRICT   JUDGE