1  William D. Naeve (SBN 92270)
   **MURCHISON & CUMMING, LLP**
2  200 West Santa Ana Boulevard, Suite 801
   Santa Ana, California  92701-4134
3  Telephone: (714) 972-9977
   Facsimile:  (714) 972-1404
4  *wnaeve@murchisonlaw.com*

5  Attorneys for Defendant, FARMERS NEW
   WORLD LIFE INSURANCE COMPANY
6

7  Timothy I. Marks, Esq.
   TIMOTHY I. MARKS & ASSOCIATES
8  4753 East Olive Avenue, Suite 103
   Fresno, CA  93702
9  Telephone: (559)-251-5324
   Facsimile: (559)-251-5483
10 *timothymarks@sbcglobal.net*

11 Attorneys for Plaintiffs FRISCO HONNEVK and
   BOUALAI VONGPHACHANH
12

13                UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

16 | FRISCO HONNEVK, BOUALAI | CASE NO. 1:11-CV-01531-SAB
   | VONGPHACHANH,
17 |
   |          Plaintiffs,              | **STIPULATION AND ORDER FOR**
18 |                                    | **DISMISSAL OF ENTIRE ACTION**
   |      vs.                           | **WITH PREJUDICE**
19 |
   | FARMERS NEW WORLD LIFE
20 | INSURANCE COMPANY,
   |
21 |          Defendant.

22

23

24     **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL**

25 **PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

26     Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii), it is hereby

27 STIPULATED by and between plaintiffs FRISCO HONNEVK and BOUALAI

28 VONGPHACHANH, and each of them, and defendant FARMERS NEW WORLD

1

LIFE INSURANCE COMPANY, by and through their respective counsel of record that the above-entitled action be dismissed in its entirety with prejudice. This Stipulation of Dismissal with prejudice is made pursuant to the terms and conditions of a Confidential Settlement Agreement and Release.

IT IS FURTHER STIPULATED that the parties shall bear and pay their own attorney's fees, costs and expenses incurred in this action.

IT IS FURTHER STIPULATED that the above-entitled Court will retain jurisdiction over any issues concerning the implementation of obligations and enforcement of the contractual obligations set forth in the Confidential Settlement Agreement and Release.

**IT IS SO STIPULATED.**

DATED: April 28, 2014      **MURCHISON & CUMMING, LLP**

By: /s/ *William D. Naeve*
William D. Naeve
Attorneys for Defendant, FARMERS NEW WORLD LIFE INSURANCE COMPANY

DATED: April 28, 2014      **TIMOTHY I. MARKS & ASSOCIATES**

By: /s/ *Timothy I. Marks*
TIMOTHY I. MARKS
Attorneys for Plaintiffs FRISCO HONNEVK and BOUALAI VONGPHACHANH

# **ORDER**

IT IS SO ORDERED.

Dated: **May 5, 2014**

UNITED STATES MAGISTRATE JUDGE